■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v JAMES THOMAS, Appellant. [688 NYS2d 305] —Judgment unanimously affirmed. Memorandum: Defendant appeals from a judgment convicting him following a jury trial of attempted murder in the second degree (Penal Law §§ 110.00, 125.25 [1]), assault in the first degree (Penal Law § 120.10 [1]) and criminal possession of a weapon in the fourth degree (Penal Law § 265.01 [2]). We reject the contention of defendant that his clothing, seized from his work locker, should be suppressed. The police arrested defendant at his place of employment after he was named as a suspect in a stabbing incident. Defendant gave his co-worker and a police officer consent to open his locker to retrieve his jacket (*see, People v Adams,* 53 NY2d 1, 8, *rearg denied* 54 NY2d 832, *cert denied* 454 US 854; *People v*

*Cosme,* 48 NY2d 286, 290), and the blood-stained clothing seized from the locker was in plain view (*see, Horton v California,* 496 US 128, 133-137; *People v Diaz,* 81 NY2d 106, 110). The verdict is not against the weight of the evidence (*see, People v Bleakley,* 69 NY2d 490, 495), and the sentence is neither unduly harsh nor severe. (Appeal from Judgment of Erie County Court, D'Amico, J.—Attempted Murder, 2nd Degree.) Present—Hayes, J. P., Wisner, Pigott, Jr., Scudder and Callahan, JJ.